No. 0:07CR12-DLB

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

ASHLAND

UNITED STATES OF AMERICA

v.

**TERRY HOWELL**

**INDICTMENT**

29 U.S.C. § 501(c)-Embezzlement of Union Funds

A TRUE BILL

*Kenneth Cantrell*
FOREPERSON

Filed in Open Court on August 16, 2007.

CLERK

Bail, $

Eastern District of Kentucky
FILED
AUG 16 2007
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Eastern District of Kentucky
FILED
AUG 16 2007
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 0:07CR12-DLB
29 U.S.C. § 501(c)

TERRY HOWELL

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about March 2003, and continuing through on or about September 2006, in Boyd County, in the Eastern District of Kentucky,

**TERRY HOWELL,**

while employed as the president of USWA Local 8-505, located in Catlettsburg, Kentucky, a labor organization engaged in an industry affecting commerce within the meaning of 29 U.S.C. §§ 402(i) and 402(j), did embezzle, steal, and unlawfully and willfully abstract and convert to his own use money, that is, approximately $13,210.86, belonging to said labor organization, all in violation of 29 U.S.C. § 501(c).

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
AMUL R. THAPAR
UNITED STATES ATTORNEY

## PENALTY

Not more than 5 years imprisonment, not more than $250,000 fine, and not more than 3 years supervised release.

**PLUS:**     Mandatory special assessment of $100 per count.

**PLUS:**     Restitution.